United States District Court
for the
Southern District of Florida

| | |
|---|---|
| ESR Performance Corp., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-20247-Civ-Scola |
| | ) |
| JVMAX, Inc., Defendant. | ) |

### Order On Clerk's Default Procedure

This case is before the Court upon an independent review of the record. The Defendant executed a waiver of service. (*See* ECF No. 8.) Therefore, a response to the Complaint was due on or before June 12, 2018. As of the date of this Order, the Defendant has neither responded to the Complaint, nor sought the Court's leave for an extension of time to respond to the Complaint.

In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **June 20, 2018**, consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiff sent it to the Defendant, including the address it was mailed to.

Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness).

If the Clerk enters a default and the Defendant fails to move to set aside the default, or fails to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

**Done and ordered** at Miami, Florida, on June 13, 2018.

_____
Robert N. Scola, Jr.
United States District Judge