United States District Court
for the
Southern District of Florida

| | |
|---|---|
| ESR Performance Corp., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-20247-Civ-Scola |
| | ) |
| JVMAX, Inc., Defendant. | ) |

### Order Granting Motion to Stay

This matter is before the Court on the parties' joint motion to stay (ECF No. 11). This lawsuit involves claims of trademark infringement and unfair competition. (*See* ECF No. 1.) The parties represent that they are currently awaiting a decision regarding cancellation pending before the Trademark Trial and Appeal Board ("TTAB"), and that a decision from the TTAB would greatly simplify the issues involved. Thus, the parties request that Court stay this case pending a decision by the TTAB.

Accordingly, the Court **grants** the joint motion to stay (**ECF No. 11**) and **stays** this matter. The Court directs the parties to inform the Court in writing once the TTAB has issued its decision in the cancellation proceeding, so that the stay may be lifted and the case may be reopened. The Court directs the Clerk to administratively **close** this case during the pendency of this stay.

**Done and ordered** at Miami, Florida on June 18, 2018.

_____
Robert N. Scola, Jr.
United States District Judge