UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20247-Scola/Torres

ESR PERFORMANCE CORP.,

    Plaintiff,

vs.

JVMAX, INC.,

    Defendant.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that David F. Tamaroff, Esq., attorney of record for Plaintiff, ESR Performance Corp., files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to the undersigned at:

| | |
|---|---|
| Law Firm: | Morgan & Morgan, P.A. – Business Trial Group |
| Address: | 703 Waterford Way, Suite 1050 |
| | Miami, Florida 33126 |
| Phone: | (786) 381-1922 |
| Fax: | (786) 381-1941 |
| Email: | dtamaroff@forthepeople.com |
| Email (2): | manderson@forthepeople.com |

Dated: August 28, 2018.

                    Respectfully submitted,

**MORGAN & MORGAN, P.A.**
**Business Trial Group**

*/s/ David Tamaroff*
**David F. Tamaroff, Esq.**
Florida Bar No. 92084
dtamaroff@forthepeople.com
703 Waterford Way, Suite 1050
Miami, Florida 33126-4678
Telephone: (305) 929-1922
Facsimile: (305) 929-1941
*Attorneys for Plaintiff, ESR Performance Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel or parties of record on the Service List below through that system and via email.

*/s/ David Tamaroff*
David F. Tamaroff, Esq.

## SERVICE LIST

William R. Brees, Esq.
wbrees@maxeyfisher.com
Brittany J. Maxey-Fisher, Esq.
bmaxeyfisher@maxeyfisher.com
MAXEY-FISHER, PLLC
100 Second Avenue South, Suite 401 North
St. Petersburg, Florida 33701
Telephone: (727) 230-4949
Facimillie: (727) 230-4827
*Attorneys for Defendant, JVMAX, Inc.*