# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-Cv-20247-Scola/Torres

ESR PERFORMANCE CORP.,

    Plaintiff,

vs.

JVMAX, INC.,

    Defendant.

## NOTICE OF APPEARANCE FOR DEFENDANT

PLEASE TAKE NOTICE, Brittany J. Maxey-Fisher of Maxey-Fisher, PLLC hereby enters her Notice of Appearance as counsel of record for Defendant, JVMAX, Inc., in the above referenced case, and requests service copies of all pleadings, notices, and papers filed in this matter.

Dated: September 21, 2018

    Respectfully submitted,

    s/ Brittany J. Maxey-Fisher
    Brittany J. Maxey-Fisher, Esquire (Fla. Bar No. 44586)
    William R. Brees, Esquire (Fla. Bar No. 98886)
    MAXEY-FISHER, PLLC
    100 Second Avenue South, Suite 401 North
    St. Petersburg, Florida 33701
    Telephone: (727) 230-4949
    Facsimile: (727) 230-4827
    Email: bmaxeyfisher@maxeyfisher.com;
          lpg@maxeyfisher.com
    *Counsel for Defendant, JVMAX, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF filing system on September 21, 2018 , which will send a notice of electronic filing to all counsel of record on the Service List below.

s/ Brittany J. Maxey-Fisher
Brittany J. Maxey-Fisher, Esquire
William R. Brees, Esquire
MAXEY-FISHER, PLLC
100 Second Avenue South, Suite 401 North St.
Petersburg, Florida 33701
Telephone: (727) 230-4949
Facsimile: (727) 230-4827
Email: bmaxeyfisher@maxeyfisher.com;
lpg@maxeyfisher.com
*Counsel for Defendant JVMAX, Inc.*

## SERVICE LIST

David F. Tamaroff
Email: dtamaroff@forthepeople.com
Morgan & Morgan, P.A.
Business Trial Group
703 Waterford Way, Suite 1050
Miami, Florida 33126
Telephone: (305) 929-1922
Facsimile: (305) 929-1941
*Counsel for Plaintiff, ESR Performance Corp.*